UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV49**

| | |
|---|---|
| MD CHUKWUEMEKA F. MBADIWE,                )   | |
|             Plaintiff,     )   | |
|     v.      )   | |
|             )   | **ORDER** |
| UNION REGIONAL MEDICAL CENTER,   )   | |
| *et al,*      )   | |
|             Defendants.   )   | |
|             )   | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **May 7, 2007 term of court at 10:00 a.m.** in Charlotte.

So ordered.

Signed: October 19, 2006

Graham C. Mullen
United States District Judge