UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV49**

| | |
|---|---|
| MD CHUKWUEMEKA F. MDABIWE, ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| UNION REGIONAL MEDICAL ) | |
| CENTER, *et al,* ) | |
|     Defendants. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **August 6, 2007 term of court at 10:00 a.m.** in Charlotte.

So ordered.

Signed: April 17, 2007

Graham C. Mullen
United States District Judge